

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00783-CR
No. 04-13-00784-CR

Christopher **LANEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2007CR6078W & 2010CR12838
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgments are MODIFIED to DELETE the assessment of attorney's fees against appellant. The trial court's judgments are AFFIRMED AS MODIFIED.

Appellate counsel's Motion to Withdraw is GRANTED.

SIGNED June 4, 2014.

_____
Sandee Bryan Marion, Justice